IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 5:19 CR 604 |
| | ) | Title 18, United States Code, |
| HOWARD D. BLASINGAME II, | ) | Sections 922(g)(1) and |
| | ) | 924(a)(2) |
| Defendant. | ) | JUDGE BOYKO |

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

1. On or about April 29, 2019, in the Northern District of Ohio, Eastern Division, Defendant HOWARD D. BLASINGAME II, knowing he had been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Felonious Assault, on or about April 15, 1996, in case number 1996CR0128, in the Court of Common Pleas of Stark County; and Conspiracy to Possess with Intent to Distribute Cocaine, on or about June 15, 2005, in case number 5:05CR0056 in the United States District Court for the Northern District of Ohio, knowingly possessed in and affecting interstate commerce firearms, to wit: a Sun City Machinery Co. model 320 Stevens 12-gauge pump action shotgun, bearing serial number 134245P; an H&R model 732 .32 long caliber revolver, bearing serial number AP117917; and a North American Arms .22 caliber revolver, bearing serial number L134069, and ammunition, said firearms and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), the allegations of Count 1 are incorporated herein by reference. As a result of the foregoing offense, Defendant HOWARD D. BLASINGAME II, shall forfeit to the United States any and all property (including firearms and ammunition) involved in or used in the commission of such violation; including, but not limited to, the following:

  a. Sun City Machinery Co. model 320 Stevens 12-gauge pump action shotgun, bearing serial number 134245P;

  b. H&R model 732 .32 long caliber revolver, bearing serial number AP117917;

  c. North American Arms .22 caliber revolver, bearing serial number L134069; and

  d. ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.